NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE FRED T. PARKER**

---

2011-1421
(Serial No. 09/815,567)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

JANET A. PIOLI, Brinks Hofer Gilson & Lione, of Chicago, Illinois, argued for appellant. With her on the brief were LAURA A. LYDIGSEN, LUKE A. PARSONS and ROY E. HOFER. Of counsel on the brief was RICHARD J. GODLEWSKI, of Bloomington, Indiana.

FARHEENA Y. RASHEED, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor. Of counsel was KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN *and* LOURIE, *Ciruit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2012                    /s/ Jan Horbaly
        Date                           Jan Horbaly
                                          Clerk